NO. 07-02-0454-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL A

MAY 15, 2003

_____

KAREN SNOW, APPELLANT

V.

RICHARD ROSEN, M.D., SWAT SURGICAL ASSOCIATES
AND DAVID HAYMES, JR., M.D., APPELLEES

_____

FROM THE 72ND DISTRICT COURT OF LUBBOCK COUNTY;

NO. 2000-512,239; HONORABLE BLAIR CHERRY, JR., JUDGE

_____

Before JOHNSON, C.J., and REAVIS and CAMPBELL, JJ.

**ABATEMENT**

Appellant Karen Snow timely appealed the trial court's order granting appellee David Haymes, Jr., M.D.'s motion for summary judgment and order granting the motion to dismiss of appellees Richard Rosen, M.D. and SWAT Surgical Associates. Both the

clerk's record and reporter's record have been filed. On April 24, 2003, appellant filed a notice of bankruptcy requesting that the appeal be suspended pursuant to Rule 8.2 of the Texas Rules of Appellate Procedure. Attached to the motion is a copy of the voluntary petition in bankruptcy filed by Snow on October 3, 2002. Pursuant to 11 U.S.C. § 362, any further action in this appeal is automatically stayed.

Thus, for administrative purposes, this appeal is removed from the docket and abated. Any documents filed subsequent to the bankruptcy petition will remain pending until the appeal is reinstated. The appeal will be reinstated upon proper showing the stay has been lifted and a request for specific action by this Court.

Accordingly, the appeal is abated.

Per Curiam